JUDGE LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 08-CR-5481-RBL |
| Plaintiff, | |
| vs. | ORDER ALLOWING DISCLOSURE OF GRAND JURY MATERIAL |
| NORRIS EDWARD POTTER, III, | |
| Defendant. | |

Upon motion of the Government,

IT IS HEREBY ORDERED pursuant to Fed. Rules Crim. P., Rule 6(e)(3)(E)(i) that the United States may disclose to the defense relevant documents which have been obtained in connection with this matter before the grand jury.

DATED this 1st day of August, 2008.

*signature*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ALLOWING
DISCLOSURE OF GRAND JURY MATERIAL - 1

UNITED STATES ATTORNEY
P.O. Box 1494
Spokane, Washington 99210-1494
(509) 353–2767